IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, #145 609, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>SGT. ANTONIO MCCLAIN, *et al.*, )<br> )<br>    Defendants. ) | CIVIL ACTION NO. 2:13-CV-570-TMH<br>[WO] |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On September 26, 2013, the court directed Plaintiff to show cause why this case should not be dismissed for his failure to forward to the Clerk of Court an initial partial filing fee in the amount of $1.70. (*Doc. No. 4*.) The order informed Plaintiff to advise the court whether he authorized prison officials to withdraw the funds from his prison account for payment of the initial partial filing fee, whether he simply had chosen not to submit the filing fee, or whether he was unable to comply at this time with the order directing payment of the initial partial filing fee. (*Id.*) Plaintiff was also cautioned that his failure to comply with the September 26 order would result in a Recommendation that his complaint be dismissed. (*Id.*)

The allowed time has passed and Plaintiff has not provided the court with the initial partial filing fee, nor has he responded to the court's September 26, 2013, order to show cause. Consequently, the court concludes that dismissal of this case is appropriate for Plaintiff's failures to prosecute this action and comply with the orders of the court.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this court.

It is further

ORDERED that on or before December 17, 2013, Plaintiff may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court. Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 3rd day of December, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE