IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, #145609, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13-CV-570-TMH |
| ) | [WO] |
| SGT. ANTONIO MCCLAIN, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**ORDER AND OPINION**

On December 3, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is hereby ADOPTED and that this action is hereby DISMISSED without prejudice for the plaintiff's failure to prosecute this action and to comply with the orders of this court.

Done this the 14th day of January, 2014.

                                                /s/ Truman M. Hobbs
                                              TRUMAN M. HOBBS
                                              SENIOR UNITED STATES DISTRICT JUDGE