IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN, #145609,     ) | |
|     Plaintiff,     ) | |
| ) | |
| v.     ) | CIVIL ACTION NO. 2:13-CV-570-TMH |
| ) | [WO] |
| SGT. ANTONIO MCCLAIN, *et al.*,     ) | |
| ) | |
|     Defendants.     ) | |

### FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that this action is hereby dismissed without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 14th day of January, 2014.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE